District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARWAH J. KAABAWI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-00448-TL<br><br>STIPULATED MOTION TO DISMISS AND REMAND AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>April 29, 2025 |

Plaintiff Marwah J. Kaabawi brought this action pursuant to 8 U.S.C. § 1447(b), alleging that United States Citizenship and Immigration Services ("USCIS") failed to adjudicate her Form N-400, Application for Naturalization, within 120 days after her initial interview. She seeks de novo review of her application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that the Court remand the matter to USCIS. Once remanded, USCIS agrees to adjudicate Plaintiff's N-400 and, if appropriate, administer the Naturalization Oath of Allegiance within 30 days of the

STIPULATED MOTION TO DISMISS AND REMAND
[Case No. 2:25-cv-00448-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

remand order. Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 29th day of April, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (206) 553-7970
Fax:    (206) 553-4067
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*s/ Jane Marie O'Sullivan*
JANE MARIE O'SULLIAN
WSBA #34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, WA 98501
Tel.: (206) 340-9980
Email:  jane@osullivanlawoffice.com

*Attorney for Plaintiff*

*I certify that this memorandum contains 139 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS AND REMAND
[Case No. 2:25-cv-00448-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

This matter is dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS shall adjudicate Plaintiff's N-400 and, if appropriate, administer the Oath of Allegiance within 30 days of this Order.

DATED this 29th day of April 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
[Case No. 2:25-cv-00448-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800